STATE *v.* EDWARDS; SOLES *v.* R. R.

PER CURIAM. We have gone over the record carefully, examined the briefs in the case, and can see no error in law.

It was a question of fact for the jury. They have rendered their verdict of "Guilty." We cannot disturb their verdict or the judgment of the court below.

We find

No error.

STATE v. JOE EDWARDS.

(Filed 29 October, 1924.)

APPEAL by defendant from *McElroy, J.,* at August Term, 1924, of ROCKINGHAM.

The defendant was charged with having liquor in his possession for the purpose of sale. He was convicted, and from the judgment he appealed.

*Attorney-General Manning and Assistant Attorney-General Nash for the State.*

PER CURIAM. We find no error. The trial involved merely an issue of fact, which was determined by the verdict.

No error.

C. M. SOLES, ADMR., v. ATLANTIC COAST LINE RAILROAD COMPANY.

(Filed 5 November, 1924.)

APPEAL by defendant from *Calvert, J.,* at February Term, 1924, of COLUMBUS.

Civil action, to recover damages for an alleged negligent injury, caused by defendant's wrongful act, and resulting in the death of plaintiff's intestate.

The usual issues of negligence, contributory negligence and damages were submitted to the jury and answered by them in favor of the plaintiff. Defendant appeals, assigning errors.

*H. L. Lyon and Tucker & Proctor for plaintiff.*
*Rountree & Carr for defendant.*